**Order entered March 22, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01019-CV

### USAA CASUALTY INSURANCE COMPANY, Appellant

### V.

### SUNNY LETOT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Appellee

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-00156-E**

### ORDER

Before the Court is appellee's March 18, 2021 unopposed motion for a fourteen-day extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 6, 2021.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE